IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| BRITNEY B. SCONIERS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:17cv555-MHT |
| ) | (WO) |
| MEGAN J. BRENNAN, ) | |
| Postmaster General, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

OPINION AND ORDER

In this case, plaintiff Britney B. Sconiers contends she was subjected to sexual harassment by her supervisor and suffered retaliation when she complained about it. This case is before the court on the recommendation of the United States Magistrate Judge that defendant Willie A. Lee's motion to dismiss for improper venue be denied. There are no objections to the recommendation. Upon an independent and de novo review of the record, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 29) is adopted.

(2) The motion to dismiss (doc. no. 11) is denied.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 13th day of March, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**